# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**938**

**CA 14-00967**

PRESENT: SCUDDER, P.J., PERADOTTO, CARNI, VALENTINO, AND WHALEN, JJ.

---

CAYUGA NATION, LAKESIDE ENTERPRISES, INC.,
CLINT HALFTOWN, TIM TWOGUNS, GARY WHEELER,
RICHARD N. LYNCH AND B.J. RADFORD,
PLAINTIFFS-APPELLANTS,

V                                                                                   ORDER

WILLIAM JACOBS, SAMUEL GEORGE, BERNADETTE HILL,
BRENDA BENNETT, KARL HILL, ALAN GEORGE, PAMELA
ISAAC, CHESTER ISAAC, DANIEL HILL, JUSTIN
BENNETT, SAMUEL CAMPBELL, DEFENDANTS-RESPONDENTS,
ET AL., DEFENDANTS,
COUNTY OF SENECA, INTERVENOR-RESPONDENT.
(APPEAL NO. 1.)

---

FRENCH-ALCOTT, PLLC, SYRACUSE (DANIEL J. FRENCH OF COUNSEL), FOR
PLAINTIFFS-APPELLANTS.

JOSEPH J. HEATH, SYRACUSE, FOR DEFENDANTS-RESPONDENTS.

FRANK R. FISHER, WATERLOO, FOR INTERVENOR-RESPONDENT.

---

Appeal from a judgment of the Supreme Court, Seneca County (Dennis F. Bender, A.J.), entered May 19, 2014. The judgment, inter alia, granted the motion of defendants to dismiss the complaint for lack of subject matter jurisdiction.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on June 1 and 24, 2015,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered:  October 2, 2015                                   Frances E. Cafarell
                                                            Clerk of the Court